Robert D. Lowry, OSB #802975
rdlowry@lowry-law.com
Robert D. Lowry, Attorney at Law
Citizens Building
975 Oak Street, Suite 790
P.O. Box 12010
Eugene, Oregon 97440
Telephone: (541) 687-7592
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., A California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ALBERTO RIVERA, aka JORGE ALBERTO GALAN, individually dba EL JARRO AZUL MEXICAN & SALVADORIAN FOOD FAMILY RESTAURANT,<br><br>Defendants.<br><hr>JORGE ALBERTO RIVERA, aka JORGE ALBERTO GALAN, individually dba EL JARRO AZUL MEXICAN & SALVADORIAN FOOD FAMILY RESTAURANT,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION, a Nevada Corporation,<br><br>Third-Party Defendant. | Case No. 6:13-cv-01996-AA<br><br>JUDGMENT OF DISMISSAL<br><br>PROCEEDINGS STAYED Pursuant to Bankruptcy Case No. 15-61721-tmr7 |

PAGE 1 of 2:    JUDGMENT OF DISMISSAL

BASED UPON THE STIPULATED MOTION OF THE PARTIES hereto, by and through their attorneys of record, that the parties have fully concluded all issues herein; and that entry of Judgment is appropriate,

IT IS NOW THEREFORE ORDERED AND ADJUDGED that this matter be, and the same is hereby, dismissed with prejudice and without costs to any party including attorney fees.

DATED this 5th day of January, 2016

*(signature)*

SUBMITTED BY:
Robert D. Lowry
OSB No. 802975
Telephone: 541-687-7592
Attorney for Defendant Rivera

PAGE 2 of 2:   JUDGMENT OF DISMISSAL